IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BOWMAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-1322 |
| | : | |
| v. | : | |
| | : | |
| CORPORAL ROBERT F. REILLY, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 10th day of June, 2008, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 2), and Plaintiff's Response (Doc. No. 5), it is hereby ORDERED as follows:

1. Defendants's Motion to dismiss is GRANTED with prejudice as to the Pennsylvania State Police;

2. Defendants' Motion to Dismiss is DENIED as to Defendant Corporal Reilly in his official capacity;

3. The Clerk shall close this case as to Defendant Pennsylvania State Police.

BY THE COURT:

s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.